**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

Ian Jonathan P. Gonzales, et al., individually
and on behalf of all other persons similarly
situated,

                              Plaintiffs,

                 -against-                    Civ. No.: 13-03172 (SLT) (RER)

RUDELL & ASSOCIATES, INC. and
RODOLFO C. QUIAMBAO, President,

                              Defendants.

---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that the Parties have agreed to resolve amicably any and all claims by all of the Plaintiffs against Defendants in this action. The Parties have authorized their undersigned counsel to stipulate, to consent, and to agree to dismiss Count One (Federal WARN Act claim), Count Two (New York State WARN Act claim), Count Four (New York Labor Law claim), and Count Five (alleged improper deductions under New York Labor Law) of the instant action WITH PREJUDICE. Further, the Parties have agreed to dismiss Count Three (Fair Labor Standards Act) WITHOUT PREJUDICE to Plaintiffs. No attorneys' fees or costs will be awarded to any party by the Court.

ATTORNEYS FOR PLAINTIFFS

_____
Felix Q. Vinluan (FV 6788)
Law Office of Felix Q. Vinluan
69-10 Roosevelt Avenue, 2nd Floor
Woodside, New York 11377
Tel: (718) 478-4488
Email: fqvinluan@yahoo.com

ATTORNEYS FOR DEFENDANTS

_____
Raymond R. Granger (RG 1007)
Granger & Associates LLC
40 Fulton Street, 23rd Floor
New York, New York 10038
Tel: (212) 732-7000
Email: RGranger@GrangerAssociates.com